## MASTER CONTRACT VOTE
## TUESDAY, NOVEMBER 17, 2009
## DEEP SEA LOCALS COVERED UNDER THE MASTER CONTRACT

| LOCAL | PORT | YES | NO | VOID | TOTAL |
|---|---|---|---|---|---|
| 1 | NY / NJ | 639 | 45 | 0 | 684 |
| 20 | Galveston, TX | 91 | 5 | 0 | 96 |
| 21 | Beaumont | 55 | 17 | 0 | 72 |
| 24 | Houston & Harris | 258 | 281 | 0 | 539 |
| 25 | Port Arthur | 31 | 2 | 0 | 33 |
| 28 | Houston & Harris | 147 | 86 | 0 | 233 |
| 30 | Freeport, TX | 52 | 0 | 0 | 52 |
| 333 | Baltimore, MD | 127 | 389 | 0 | 516 |
| 799 | Boston | 21 | 37 | 0 | 58 |
| 800 | South Boston | 37 | 21 | 0 | 58 |
| 805 | Boston | 41 | 30 | 0 | 71 |
| 824 | New York | 67 | 10 | 0 | 77 |
| 846 | Newport News, VA | 19 | 23 | 0 | 42 |
| 862 | Newport News, VA | 31 | 2 | 0 | 33 |
| 920 | Staten Island, NY | 69 | 63 | 0 | 132 |
| 953 | Baltimore, MD | 174 | 8 | 0 | 182 |
| 970 | Norfolk, VA | 130 | 91 | 1 | 222 |
| 1066 | Boston | 41 | 6 | 0 | 47 |
| 1233 | Newark, NJ | 225 | 178 | 1 | 404 |
| 1235 | Newark, NJ | 360 | 126 | 0 | 486 |
| 1242 | Philadelphia | 74 | 13 | 0 | 87 |
| 1242-1 | Philadelphia | 7 | 0 | 0 | 7 |
| 1248 | Norfolk, VA | 165 | 171 | 0 | 336 |
| 1291 | Philadelphia | 181 | 81 | 0 | 262 |
| 1303 | Gulfport, MS | 88 | 0 | 0 | 88 |
| 1316 | Beaumont, TX | 17 | 19 | 0 | 36 |
| 1351 | Houston & Harris | 120 | 49 | 0 | 169 |
| 1402 | Tampa | 60 | 40 | 3 | 103 |
| 1408 | Jacksonville | 252 | 146 | 1 | 399 |
| 1410 | Mobile | 29 | 44 | 0 | 73 |
| 1414 | Savannah | 227 | 165 | 0 | 392 |
| 1416 | Miami | 369 | 64 | 0 | 433 |
| 1422 | Charleston, SC | 86 | 271 | 1 | 358 |
| 1422-A | Charleston, SC | 75 | 28 | 0 | 103 |
| 1426 | Wilmington, NC | 116 | 3 | 0 | 119 |
| 1429 | Baltimore, MD | 29 | 34 | 0 | 63 |
| 1459 | Mobile | 17 | 2 | 0 | 19 |
| 1475 | Savannah | 96 | 16 | 0 | 112 |
| 1497 | New Orleans, LA | 35 | 1 | 0 | 36 |
| 1526 | Ft. Lauderdale | 241 | 122 | 1 | 364 |
| 1566 | Philadelphia | 48 | 3 | 0 | 51 |

| LOCAL | PORT | YES | NO | VOID | TOTAL |
|---|---|---|---|---|---|
| 1588 | Bayonne, NJ | 59 | 147 | 0 | 206 |
| 1593 | Jacksonville | 38 | 5 | 29 | 72 |
| 1604 | Boston | 9 | 2 | 0 | 11 |
| 1624 | Norfolk, VA | 91 | 60 | 1 | 152 |
| 1665 | Galveston | 9 | 5 | 0 | 14 |
| 1691 | Tampa, FL | 12 | 6 | 0 | 18 |
| 1694 | Wilmington, DE | 88 | 32 | 1 | 121 |
| 1766 | Wilmington, NC | 16 | 1 | 5 | 22 |
| 1771 | Charleston, SC | 14 | 98 | 0 | 112 |
| 1784 | Newport News, VA | 12 | 1 | 0 | 13 |
|  | Norfolk, VA | 31 | 9 | 0 | 40 |
| 1804-1 | NY / NJ | 328 | 19 | 0 | 347 |
| 1814 | Brooklyn | 124 | 22 | 0 | 146 |
| 1817 | Freeport, TX | 20 | 1 | 0 | 21 |
| 1883 | Wilmington, DE | 10 | 12 | 0 | 22 |
| 1922 | Miami, FL | 181 | 14 | 0 | 195 |
| 1924 | Port Arthur – Beaumont | 19 | 2 | 0 | 21 |
| 1970 | Norfolk, VA | 50 | 99 | 0 | 149 |
| 1985 | Mobile | 41 | 2 | 0 | 43 |
| 2036 | Greater New Orleans, LA | 16 | 5 | 0 | 21 |
| 2046 | Savannah, GA | 187 | 23 | 0 | 210 |
| 3000 | New Orleans, LA | 124 | 19 | 0 | 143 |
| TOTAL |  | 6426 | 3276 | 44 | 9746 |

THE FOLLOWING LOCAL UNIONS HAVE BEEN CHALLENGED AS INELEGIBLE TO VOTE ON THE MASTER CONTRACT EXTENSION

| LOCAL | PORT | YES | NO | VOID | TOTAL |
|---|---|---|---|---|---|
| 26 | Corpus Christi, TX | 12 | 2 | 0 | 14 |
| 1349 | Lake Charles & Vicinity, LA | 19 | 2 | 0 | 21 |
| 1359 | Fort Pierce, FL | 47 | 7 | 0 | 54 |
| 1410-1 | Mobile, AL | 24 | 1 | 0 | 25 |
| 1423 | Brunswick, GA | 57 | 21 | 0 | 78 |
| 1504-8 | Galveston, TX | 3 | 13 | 0 | 16 |
| 1692 | Corpus Christi, TX | 2 | 0 | 0 | 2 |
| 1736 | Newport News, VA | 13 | 1 | 0 | 14 |
| 1752 | Pascagoula, MS | 24 | 1 | 0 | 25 |
| 1807 | Morehead City, NC | 21 | 4 | 0 | 25 |
| 1838 | Southport, NC | 36 | 24 | 0 | 60 |
| 1847 | Morehead City, NC | 2 | 0 | 0 | 2 |
| 1863 | Brunswick, GA | 12 | 0 | 0 | 12 |
| 1884 | Wilmington, DE | 9 | 1 | 0 | 10 |
| 1998 | Lake Charles, LA | 25 | 0 | 0 | 25 |
| 2047 | Lake Charles, LA | 60 | 38 | 0 | 98 |
| 2066 | Baltimore, MD | 22 | 0 | 0 | 22 |
| 3033 | Baton Rouge, LA | 47 | 10 | 0 | 57 |
| TOTAL |  | 435 | 125 | 0 | 560 |